Christie Chassis, Inc., Appellant, *v.* William E. Christ et al., Respondents.

Submitted May 20, 1940; decided May 28, 1940.

*Walter H. Bond* for motion.

*Marcus G. Christ* opposed.

Motion denied, with ten dollars costs and necessary printing disbursements, on the ground that the order is not final.